IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CHRISTOPHER NATANIEL BROWN,

      Appellant,

v.

Case No.  5D23-487
LT Case No. 16-2014-CF-011861-AXXX

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 8, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Tatiana Salvador, Judge.

Christopher N. Brown, Graceville,
pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, LAMBERT and MACIVER, JJ., concur.